**STATE of Missouri, Respondent,**

v.

**Kenneth PICKENS III, Appellant.**

**WD 78469**

Missouri Court of Appeals,
Western District.

ORDER FILED: MAY 24, 2016

Andrew Jack Parmenter, Charles Douglas Shull, Columbia, MO, Counsel for Appellant.

Nathan Jeremy Aquino, Counsel for Respondent.

Before Division Three: Gary D. Witt, P.J., James E. Welsh, Anthony Rex Gabbert, JJ.

**ORDER**

Per Curiam:

Kenneth Pickens III was convicted of multiple counts forgery, distribution of a controlled substance, and possession of a controlled substance with intent to distribute. He appeals, arguing that the circuit court erred by denying his motion for judgment of acquittal at the close of all evidence. We affirm. Rule 30.25(b).